3

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| ELANA TELES GINZ | * | CIVIL ACTION NO: 07-5403 |
|---|---|---|
| versus | * | SECTION: L |
| MICHAEL L. "MIKE" HELWICK | * | MAG. 5 |

*****************************************************************

## ORDER

**CONSIDERING** the foregoing Motion to Dismiss,

**IT IS ORDERED** that Motion to Dismiss is **GRANTED** and that the above numbered and entitled cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2009.

_____
**JUDGE**

3

ALB(#8950669)